UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05497
  TINA M BARNES

                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

      Debtor
  SSN XXX-XX-9020

------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/27/07 and confirmed on 08/24/07.

    2.  The case was converted to Chapter 7 after confirmation, 09/23/2008.

    3.  The Debtor paid a total of $ 13950.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARLEY DAVIDSON | SECURED VEHIC | .00 | .00 | .00 |
| HARLEY DAVIDSON CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| TURNER ACCEPTANCE | SECURED VEHIC | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4812.18 | .00 | 924.72 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8865.56 | .00 | 1703.65 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 7676.90 | .00 | 1475.23 |
| B REAL LLC | UNSECURED | 6200.04 | .00 | 1191.43 |
| B REAL LLC | UNSECURED | 5177.98 | .00 | 995.01 |
| CHASE BANK USA | UNSECURED | 562.60 | .00 | 108.09 |
| MARATHON | UNSECURED | 810.72 | .00 | 155.80 |
| ROUNDUP FUNDING LLC | UNSECURED | 7157.22 | .00 | 1375.37 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 13605.30 | .00 | 2614.45 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 889.30 | .00 | 170.89 |

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 55757.80 | .00 | 55757.80 |
| PRINCIPAL PAID | .00 | .00 | 10714.64 | .00 | 10714.64 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 10714.64 | .00 | 10714.64 |

The Debtor's attorney, HAROLD M SAALFELD          , was allowed $  3000.00
and was paid $   476.00  direct and $   2524.00  through the plan.

The Trustee received $    711.36 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 12/17/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE